IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | X | |
| | X | |
| MANUEL FERNANDO GOMEZ | X | CASE NO. 13-53378-CAG |
| KRISTIN BETH RIZZUTO GOMEZ | X | |
| | X | |
| DEBTORS | X | CHAPTER 13 |

**DEBTORS' MOTION TO MODIFY PLAN IN RESPONSE TO TRUSTEE'S MOTION
TO DISMISS CASE AND FIFTH REQUEST FOR ADDITIONAL ATTORNEYS FEES**

TO THE HONORABLE CRAIG A. GARGOTTA, JUDGE,
UNITED STATES BANKRUPTCY COURT:

NOW COME, Manuel Fernando Gomez, and wife, Kristin Beth Rizzuto Gomez, Debtors

in the above-styled and numbered Chapter 13 bankruptcy case, and file this their Motion to Modify

Plan in Response to Trustee's Motion to Dismiss Case and Fifth Request For Additional Attorneys

Fees, and in support thereof would respectfully show the Court the following:

1.       IF YOU OBJECT TO THE DEBTORS' MOTION TO MODIFY PLAN IN

RESPONSE TO TRUSTEE'S MOTION TO DISMISS CASE AND FIFTH REQUEST FOR

ADDITIONAL ATTORNEYS FEES, YOU MUST FILE A WRITTEN OBJECTION WITH THE

CLERK OF THE UNITED STATES BANKRUPTCY COURT WITHIN TWENTY-ONE DAYS

FROM THE DATE OF SERVICE HEREOF. IF AN OBJECTION IS FILED, THEN A HEARING

ON THIS MOTION TO MODIFY PLAN IN RESPONSE TO TRUSTEE'S MOTION TO DISMISS

WILL BE HELD AT THE SAME TIME AS THE MOTION TO DISMISS ON AUGUST 23, 2018

AT 9:30 A.M. FAILURE TO FILE AN OBJECTION AND/OR APPEAR AT THE HEARING COULD RESULT IN THE MODIFICATION BEING GRANTED.

2. On December 12, 2013, Manuel Fernando Gomez and Kristin Beth Rizzuto Gomez (hereinafter called "Debtors") filed their voluntary Petition for Relief under Chapter 13 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division. The Order Confirming Amended Chapter 13 Plan was entered on March 20, 2014.

3. On July 13, 2018, the Chapter 13 Trustee filed a Motion to Dismiss Case. The Trustee's Motion to Dismiss based upon the Debtors are in arrears in the amount of $1,880.00 through July, 2018.

4. The Debtors have prepared and will file their updated Schedules I and J. They are attached hereto.

5. The Debtors have filed their 2017 Income Tax Return and provided a copy to the Chapter 13 Trustee. The Debtors have provided the Trustee with proof of expenses they need to pay from the tax refund and are waiting to hear from the Trustee (Stipulation).

6. The Debtors are in arrears in their Chapter 13 Plan payments in the amount of $1,880.00 through July 31, 2018. The Debtors' monthly Plan payments are in the amount of $620.00. The Debtors propose to lower their base through July 31, 2018 by the amount of $1,880.00, and lowering their monthly Plan payment to the amount of $100.00 beginning in August, 2018 for the balance of their Chapter 13 Plan (based upon their Amended Schedules I and J).

7. The Debtors believe that the Motion to Modify proposed herein is in the best interest of their creditors and has been proposed in good faith.

8. The Debtors' Plan will remain a base Plan with an approximate payout to unsecured creditors in the reduced amount of approximate one percent (1%). The Plan term is not extended herein and remains less than sixty (60) months from confirmation.

9. The following Orders have been entered by the Court allowing additional attorneys fees and expenses:

| | | |
|---|---|---|
| a. | Order Allowing Compensation of Fees and Reimbursement Of Expenses (7/1/14) | $ 350.00 |
| b. | Order Granting Motion to Modify in Response to Trustee's Motion to Dismiss (12/16/14) | 500.00 |
| c. | Order Allowing Compensation of Fees and Reimbursement Of Expenses (10/20/15) | Denied |
| d. | Order Granting Motion to Modify in Response to Trustee's Motion to Dismiss (5/26/17) | 500.00 |
| | Total Additional Fees and Expenses | <u>$1,850.00</u> |

10. The base fee in this case is the amount of $3,200.00.

11. Counsel for the Debtors has incurred attorney's fees and costs in the amount of $523.47 for the preparation and filing of this Motion to Modify Plan in Response to the Trustee's Motion to Dismiss, and hereby requests that said attorney's fees be paid in full through the Debtor's Chapter 13 Plan.

12. A copy of the Order uploaded with this Motion is attached hereto.

WHEREFORE, PREMISES CONSIDERED, Debtors request that the Court approve the Debtors' Motion to Modify Plan in Response to Trustee's Motion to Dismiss Case, and for such other and further relief to which they may show themselves entitled.

Date:    August 2, 2018.

_____
WILLIAM R. DAVIS, JR.
State Bar No. 05565500
LANGLEY & BANACK, INC.
745 E. Mulberry, Suite 900
San Antonio, TX  78212
(210) 736-6600

Attorneys for Debtors

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2018, a true and correct copy of the above and foregoing instrument was mailed, first class, postage prepaid to the attached notice list.

_____
WILLIAM R. DAVIS, JR.

| Date | Number | | Attorney | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|
| 07/16/18 | 1981498 | DEF | Davis, William R. | 0.10 | $325 | $32.50 | Review of Trustee's Motion to dismiss; calendar, request response. |
| 07/18/18 | 1982380 | DEF | Davis, William R. | 0.10 | $325 | $32.50 | Telephone conversation with client regarding case update. |
| 07/18/18 | 1982390 | DEF | Davis, William R. | 0.30 | $325 | $97.50 | Review of case; update budget; review of escrow new payment; pull ad valorem taxes. |
| 07/19/18 | 1982874 | DEF | Davis, William R. | 0.30 | $325 | $97.50 | Work on amended budget; letter to mortgage company regarding escrow. |
| 07/23/18 | 1984327 | DEF | Davis, William R. | 0.10 | $325 | $32.50 | Review of amended budget. |
| 07/23/18 | 1984400 | DEF | Davis, William R. | 0.10 | $325 | $32.50 | Review of mortgage statement. |
| 07/30/18 | 1986502 | DEF | Davis, William R. | 0.10 | $325 | $32.50 | E-mail with client regarding case update. |

$455.00 TOTAL UNBILLED TIME

Expenses

Photocopies (6 pages at $.20/copy x 41 creditors) =   $49.20
Postage (41 creditors x $.47) =                          19.27

                                                        $68.47

Label Matrix for local noticing
0542-5
Case 13-53378-cag
Western District of Texas
San Antonio
Thu Aug  2 15:36:25 CDT 2018

U.S. BANKRUPTCY COURT
615 E. HOUSTON STREET, ROOM 597
SAN ANTONIO, TX 78205-2055

US Bank Trust National Association as Trust
c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX 75038-2480

American InfoSource LP as agent for
Verizon
PO Box 248838
Oklahoma City, OK  73124-8838

BSI Financial Services
1425 Greenway Drive, Ste. 400
Irving, TX 75038-2480

Bexar County
c/o Don Stecker
711 Navarro, Suite 300
San Antonio, TX 78205-1749

Bexar County Tax Assessor
P.O. Box 839950
San Antonio, TX  78283-3950

Bill Me Later
P.O. Box 105658
Atlanta, GA  30348-5658

Braundera Family YMCA
9606 Bandera Rd.
San Antonio, TX 78250-5632

CACH ,LLC
PO Box 10587
Greenville SC 29603-0587

Carson Smithfield, LLC
P.O. Box 9216
Old Bethpage, NY 11804-9016

Chase
P.O. Box 15123
Wilmington, DE 19850-5123

Citibank, NA
P.PO. Box 34119
Memphis, TN 38184-0119

(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

FORD MOTOR CREDIT COMPANY, LLC
C/O HOSTO BUCHAN LAW FIRM, PLLC
P.O. BOX 3397
LITTLE ROCK, AR 72203-3397

Fay Servicing, LLC
3000 Kellway Dr., Ste. 150
Carrollton, TX 75006-3357

Fay Servicing, LLC
Bankruptcy Department
939 W. North Avenue Suite 680
Chicago, Illinois 60642-1231

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

JC Penny
GECRB
P.O. Box 960090
Orlando, FL  32896-0090

Kay Jewelers
P.O. Box 3680
Akron, OH 44309-3680

Kyle E. Neill
Kyle E. Neill, P.C.
11550 W. IH-10, Suite 287
San Antonio, TX 78230-1063

Langley & Banack, Inc.
745 E. Mulberry, 9th Floor
San Antonio, TX 78212-3141

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Merrick Bank
P.O. Box 30537
Tampa, FL  33630-3537

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group, LLC
as Agent for MOMA Funding,LLC
P.O. Box 788
Kirkland, WA 98083-0788

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Regional Adjustment Bureau
CCSI
P.O. Box 341119
Memphis, TN  38184

Sam's Club
GECRB
P.O. Box 530942
Atlanta, GA  30353-0942

Security Service F.C.U.
P.O. Box 27397
San Antonio, TX  78227-0397

Security Service Federal Credit Union
c/o William P. Weaver Jr.
512 Heimer Rd.
San Antonio, Texas 78232-5108

Security Service Fedral Credit Union
c/o William P. Weaver Jr.
512 Heimer Rd.
San Antonio, Texas 78232-5108

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Southwest Research Center FCU
7215 Culebra
San Antonio, TX 78251-1305

Southwest Research Center Federal Credit Uni
c/o Syl Mauro, Attorney
12451 Starcrest Drive
San Antonio, TX 78216-2992

Syl Mauro
12451 Starcrest Drive
San Antonio, TX 78216-2988

THE WINSTON SCHOOL SAN ANTONIO
C/O KYLE E. NEILL, P.C.
11550 W. IH-10, SUITE 287
SAN ANTONIO, TEXAS   78230-1063

The Winston School San Antonio
8565 Ewing Halsell Dr.
San Antonio, TX 78229-3718

U.S. Attorney
601 NW Loop 410, Suite 600
San Antonio, TX 78216-5512

U.S. Attorney General of
Main Justice Bldg., #5111
10th & Constitutional Ave., NW
Washington, DC 20530-0001

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
PO Box 1539
San Antonio, TX 78295-1539

Verizon Wireless
P.O. Box 660108
Dallas, TX  75266-0108

Wells Fargo Bank, N.A.
Attn: BK Dept - MAC #T7416-023
4101 Wiseman Blvd
San Antonio, TX 78251-4200

Wells Fargo Home Mortgage
P.O. Box 105693
Atlanta, GA  30348-5693

Wells Fargo Home Mortgage
c/o BDFTE
15000 Surveyor Blvd., Ste. 100
Addison, TX 75001-4417

Kristin Beth Rizzuto Gomez
8838 Toulouse
San Antonio, TX 78240-3526

Manuel Fernando Gomez
8838 Toulouse
San Antonio, TX 78240-3526

Mary K Viegelahn
Chapter 13 Trustee
10500 Heritage Blvd Suite 201
San Antonio, TX 78216-3631

William R. Davis Jr
Langley & Banack, Inc
745 E Mulberry Ave, Suite 900
San Antonio, TX 78212-3141

             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Dell
P.O. Box 6403
Carol Stream, IL  60197-6403

(d)Dell Financial Services, LLC
Resurgent Capital Services
PO Box 10390
Greenville, SC 29603-0390

Ford Motor Credit Company
Drawer 55-953
P.O. BOx 55000
Detroit, MI 48255

Portfolio Recovery Associates, LLC
POB 12914
Norfolk, VA 23541

Shell
Processing Center
Des Moines, IA  50359-0001

End of Label Matrix
Mailable recipients    50
Bypassed recipients     0
Total                  50