Fill in this information to identify the case:

Debtor 1: Manuel Fernando Gomez

Debtor 2 (Spouse, if filing): Kristin Beth Rizzuto Gomez

United States Bankruptcy Court for the: Western District of Texas
(State)

Case number: 13-53378-cag

Form 4100R
## Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** US Bank Trust N.A., as trustee of Igloo Series III Trust

**Court claim no.** (if known): 12

**Last 4 digits** of any number you use to identify the debtor's account: 4 4 3 1

**Property address:** 8838 Toulouse Street
Number     Street

San Antonio, TX 78240
City     State     ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☐ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☑ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ *_____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ _____

c. **Total**. Add lines a and b. (c) $ *_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___/___/_____
MM / DD / YYYY

*Loan was recently acquired by BSI Financial and Creditor is in the process of reconciling the account. Creditor reserves the right to amend this Response as soon as the reconciliation is completed.

Form 4100R     Response to Notice of Final Cure Payment     page 1

| Debtor 1 | Manuel Fernando Gomez | Case number (if known) 13-53378-cag |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Kristin A. Zilberstein
Signature

Date 3 / 21 / 2019

Print  Kristin A. Zilberstein
       First Name   Middle Name   Last Name

Title  Authorized Agent for Creditor

Company  Ghidotti | Berger LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  1920 Old Tustin Ave.
         Number   Street

         Santa Ana, CA 92705
         City           State   ZIP Code

Contact phone ( 949 ) 427 - 2010

Email  kzilberstein@ghidottiberger.com

Form 4100R    Response to Notice of Final Cure Payment    page 2

1 Kristin A. Zilberstein, Esq. (SBN 24104960)
**GHIDOTTI | BERGER LLP**
2 1920 Old Tustin Ave.
3 Santa Ana, CA 92705
Ph: (949) 427-2010
4 Fax: (949) 427-2732
kzilberstein@ghidottiberger.com
5

6 Authorized Agent for Creditor
US Bank Trust N.A., as Trustee of Igloo Series III Trust
7

8 **UNITED STATES BANKRUPTCY COURT**

9 **WESTERN DISTRICT OF TEXAS – SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| 10 | In Re: ) | CASE NO.: 13-53378-cag |
| 11 | ) | |
| | **MANUEL FERNANDO GOMEZ and** ) | CHAPTER 13 |
| 12 | **KRISTIN BETH RIZZUTO GOMEZ,** ) | |
| 13 | ) | **CERTIFICATE OF SERVICE** |
| | Debtors. ) | |
| 14 | ) | |
| | ) | |
| 15 | ) | |
| 16 | ) | |
| | ) | |
| 17 | | |

18 **CERTIFICATE OF SERVICE**
19

20    I am employed in the County of Orange, State of California. I am over the age of

21 eighteen and not a party to the within action. My business address is: 1920 Old Tustin Ave.,

22 Santa Ana, CA 92705.

23
   I am readily familiar with the business's practice for collection and processing of
24
correspondence for mailing with the United States Postal Service; such correspondence would
25
be deposited with the United States Postal Service the same day of deposit in the ordinary
26
course of business.
27

28

1
CERTIFICATE OF SERVICE

On March 21, 2019, I served the following documents described as:

- **RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>Manuel Fernando Gomez<br>8838 Toulouse<br>San Antonio, TX 78240<br><br>**Joint Debtor**<br>Kristin Beth Rizzuto Gomez<br>8838 Toulouse<br>San Antonio, TX 78240<br><br>**Debtor's Counsel**<br>William R. Davis, Jr<br>Langley & Banack, Inc<br>745 E Mulberry Ave, Suite 900<br>San Antonio, TX 78212 | **Chapter 13 Trustee**<br>Mary K Viegelahn<br>Chapter 13 Trustee<br>10500 Heritage Blvd Suite 201<br>San Antonio, TX 78216 |
|---|---|

__xx___ (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

　　　Executed on March 21, 2019, at Santa Ana, California

/s / *Steven P. Swartzell*
Steven P. Swartzell

2
CERTIFICATE OF SERVICE